Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. MJ20-269-MAT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING THE |
| | ) | UNOPPOSED MOTION TO |
| | ) | EXTEND THE INDICTMENT |
| BAOKE ZHANG, | ) | DEADLINE |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the unopposed motion to extend the indictment deadline in this matter.  The bases for the extension are reasonable under the Speedy Trial Act. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about September 18, 2020 to no later than November 1, 2020.

THE COURT finds that the interest of justice is served by granting the extension.

IT IS ORDERED that the indictment deadline is extended to no later than November 1, 2020.

IT IS FURTHER ORDERED that the period of delay from on or about September 18, 2020 to November 1, 2020, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

1

DONE this 31st day of August, 2020.

2

3

Mary Alice Theiler
UNITED STATES MAGISTRATE JUDGE

4

5

6

Presented by:

7

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Baoke Zhang

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING THE UNOPPSED
MOTION TO EXTEND THE INDICTMENT
DEADLINE
(*USA v. Zhang* / MJ20-269-MAT) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**